# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**STEVEN FLYNN**                                                                                                       **PLAINTIFF**

**VS.**                                **4:14-CV-409-BRW-JJV**

**FAULKNER COUNTY**
**DETENTION CENTER**                                                                                         **DEFENDANT**

## ORDER

I have received the Proposed Findings and Recommendations issued by Magistrate Judge Joe Volpe (Doc. No. 9). No objections to the Recommendation have been filed and the time for doing so has passed. I find the Recommendation should be, and hereby is, adopted in all respects.

Accordingly, Mr. Flynn's claims against the Faulkner County Detention Center are DISMISSED without prejudice. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED this 2nd day of October, 2014.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE